Jacob D. Bundick (Bar No. 9772)
bundickj@gtlaw.com
Michael R. Hogue (Bar No. 12400)
hoguem@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Defendant, MortgageIT, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANZAR HOPKINS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGEIT, INC, d/b/a MIT LENDING, a New York corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | CASE NO. 2:15-cv-01547-GMN-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MORTGAGEIT, INC. TO RESPOND OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**<br><br>Removed From: Clark County, Nevada District Court Case No. A-15-721602-C, Dept. IX |

Defendant MortgageIT, Inc. ("Defendant") and Plaintiff Manzar Hopkins ("Plaintiff"), by and through their undersigned counsel, hereby jointly move the Court for an extension of time within which Defendant may answer, respond, or otherwise plead to the Plaintiff's Complaint (the "Complaint") [Docket No. 1] to through and including **September 2, 2015**. In further support of this stipulation, the parties respectfully state as follows:

The undersigned counsel was recently retained and requires additional time to gather file materials and requires additional time to assess the Complaint. The parties have therefore stipulated and agreed to an extension to through and including **September 2, 2015** for Defendant to answer, respond, or otherwise plead to the Plaintiff's Complaint.

- 1 -

*LV 420513661v1 102335.011300*

1  **WHEREFORE,** the parties respectfully request that the Court: (i) grant this Stipulation;
2  and (ii) enter an Order extending the time within which Defendant may answer, respond, or
3  otherwise plead to the Plaintiff's Complaint [Docket No. 1], through and including **September 2,**
4  **2015**. A proposed Stipulated and Agreed Order granting the relief requested herein is attached
5  hereto as **Exhibit A**.
6  Stipulated and agreed on August 18, 2015.

**GREENBERG TRAURIG, LLP**              **CANON LAW SERVICES, LLC**

 */s/ Jacob D. Bundick*                  */s/ Robert J. Flummerfelt*
Jacob D. Bundick (Bar No. 9772)         Robert J. Flummerfelt, Esq. (Bar No. 11122)
Michael R. Hogue (Bar No. 12400)        Elizabeth M. Tullio, Esq. (Bar No. 13600)
3773 Howard Hughes Parkway              7251 West Lake Mead Boulevard
Suite 400 North                         Suite 300
Las Vegas, Nevada 89169                 Las Vegas, Nevada 89128

*Counsel for Defendant MortgageIT, Inc.*   *Counsel for Plaintiff Manzar Hopkins*

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

Jacob D. Bundick (Bar No. 9772)
bundickj@gtlaw.com
Michael R. Hogue (Bar No. 12400)
hoguem@gtlaw.com
GREENBERG TAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Defendant MortgageIT, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANZAR HOPKINS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGEIT, INC, d/b/a MIT LENDING, a New York corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | CASE NO. 2:15-cv-01547-GMN-PAL<br><br>**STIPULATED AND AGREED ORDER EXTENDING ANSWER DEADLINE FOR DEFENDANT MORTGAGEIT, INC.**<br><br>Removed From: Clark County, Nevada District Court Case No. A-15-721602-C, Dept. IX |

Before the Court is Plaintiff Manzar Hopkins and Defendant MortgageIT, Inc.'s Stipulation for Extension of Time to Answer, Respond, or Otherwise Plead to Plaintiff's Complaint (the "Stipulation"). For good cause shown, and by stipulation of the parties, the Stipulation is hereby **GRANTED**. Defendant MortgageIT, Inc. shall have through and including

///

///

///

- 1 -

*LV 420513790v1 102335.011300*

**September 2, 2015** to answer, respond, or otherwise plead to the Plaintiff's Complaint [Docket No. 1].

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/24/2015

| Stipulated and agreed by: | Stipulated and agreed by: |
|---|---|
| **GREENBERG TRAURIG, LLP** | **CANON LAW SERVICES, LLC** |
| */s/ Jacob D. Bundick* | */s/ Robert J. Flummerfelt* |
| Jacob D. Bundick (Bar No. 9772) | Robert J. Flummerfelt, Esq. (Bar No. 11122) |
| Michael R. Hogue (Bar No. 12400) | Elizabeth M. Tullio, Esq. (Bar No. 13600) |
| 3773 Howard Hughes Parkway | 7251 West Lake Mead Boulevard |
| Suite 400 North | Suite 300 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89128 |
| *Counsel for Defendant MortgageIT, Inc.* | *Counsel for Plaintiff Manzar Hopkins* |

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

- 2 -

*LV 420513790v1 102335.011300*