JACOB D. BUNDICK, ESQ. (NV Bar No. 9772)
BundickJ@gtlaw.com
ERIC W. SWANIS, ESQ. (NV Bar No. 6840)
SwanisE@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Defendant MortgageIT, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANZAR HOPKINS,<br><br>            Plaintiff,<br><br>vs.<br><br>MORTGAGEIT, INC d/b/a MIT LENDING, et al.,<br><br>            Defendants. | CASE NO. 2:15-cv-01547-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT**<br><br>Removed from:<br><br>Clark County, Nevada District Court Case No. A-15-721602-C, Dept. IX<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 26-4, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Manzar Hopkins ("Plaintiff") and Defendant MortgageIT, Inc. ("MortgageIT"), that the deadline for responding to Plaintiff's Request for Leave to Amend Complaint [Docket No. 14] shall be extended from October 5, 2015 until October 9, 2015.  The reason for the requested extension is due to a scheduling conflict.  Accordingly, good cause exists to extend the response deadline to the Request for Leave to Amend Complaint

**IT IS SO STIPULATED.**

LV 420545490v1

Stipulated and agreed by:                                    Stipulated and agreed by:

**GREENBERG TAURIG, LLP**                                    **CANON LAW SERVICES, LLC**


   */s/ Jacob D. Bundick*                                */s/Elizabeth M. Tullio*
Jacob D. Bundick, Esq. (Bar No. 9772)                        Robert J. Flummerfelt, Esq. (Bar No. 11122)
Eric W. Swanis, Esq. (Bar No. 6840)                          Elizabeth M. Tullio, Esq. (Bar No. 13600)
3773 Howard Hughes Parkway                                   7251 West Lake Mead Boulevard
Suite 400 North                                              Suite 300
Las Vegas, Nevada 89169                                      Las Vegas, Nevada 89128

*Counsel for Defendant MortgageIT, Inc.*                     *Counsel for Plaintiff Manzar Hopkins*

## ORDER

**IT IS HERBY ORDERED.**

DATED this 8th day of October, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

- 2 -

LV 420545490v1