JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
opiea@gtlaw.com

*Counsel for Defendant*
*MortgageIT, Inc. dba MIT Lending*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANZAR HOPKINS, an individual, | Case No.: 2:15-cv-01547-GMN-PAL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| MORTGAGEIT, INC. d/b/a MIT LENDING, a New York corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff and Defendant has been resolved. The parties anticipate filing a Stipulation for Dismissal of the Action within sixty (60) days. The Parties request that all pending deadlines and filing requirements be vacated and the

/ / /

/ / /

/ / /

/ / /

referral to Magistrate Leen (Doc. 44) for settlement conference, and Order Scheduling A Settlement Conference (Doc. 45) be vacated as moot.

**IT IS SO STIPULATED.**

DATED this 18th day of December, 2017.

GREENBERG TRAURIG, LLP

*/s/Alayne M. Opie*
JACOB D. BUNDICK (NBN: 9772)
ALAYNE M. OPIE (NBN: 12623)
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169

*Counsel for Defendant*
*MortgageIT, Inc. dba MIT Lending*

DATED this 18th day of December, 2017.

CANON LAW SERVICES, LLC

*/s/Mark R. Smith*
ROBERT J. FLUMMERFELT (NBN: 11122)
MARK R. SMITH (NBN: 11872)
410 S. Rampart Boulevard, Suite 390
Las Vegas, NV 89145

*Counsel for Plaintiff*
*Manzar Hopkins*

**IT IS ORDERED** that:

1. The settlement conference scheduled for January 19, 2018, at 9:30 a.m. is **VACATED**.

2. The parties shall have until **February 16, 2018**, to either file a stipulation of dismissal with prejudice, or a joint status report advising when the stipulation of dismissal will be filed.

Dated: December 18, 2017

Peggy A. Leen
United States Magistrate Judge

LV 421032465v1

Page 2