JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
opiea@gtlaw.com

*Counsel for Defendant
MortgageIT, Inc. dba MIT Lending*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANZAR HOPKINS, an individual, | Case No.: 2:15-cv-01547-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |
| MORTGAGEIT, INC. d/b/a MIT LENDING, a New York corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 7-1, by and between Defendant MortgageIT, Inc. dba MIT Lending, by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and Plaintiff Manzar Hopkins, by and through his counsel of record, the law firm of Cannon Law Services, LLC, that the above-entitled action shall be DISMISSED WITH PREJUDICE.

///

///

LV 421026372v1

Page 1

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this ___ day of January, 2018.  DATED this 22nd day of January, 2018.

GREENBERG TRAURIG, LLP          CANON LAW SERVICES, LLC

/s/ _____     /s/ _____
JACOB D. BUNDICK (NBN: 9772)    ROBERT J. FLUMMERFELT (NBN: 11122)
ALAYNE M. OPIE (NBN: 12623)     MARK R. SMITH (NBN: 11872)
3773 Howard Hughes Parkway, Suite 400N   410 S. Rampart Boulevard, Suite 390
Las Vegas, NV 89169             Las Vegas, NV 89145

*Counsel for Defendant*         *Counsel for Plaintiff*
*MortgageIT, Inc. dba MIT Lending*   *Manzar Hopkins*

## ORDER

**IT IS SO ORDERED.**

DATED this 29 day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

GREENBERG TRAURIG, LLP

/s/ _____
JACOB D. BUNDICK (NBN: 9772)
ALAYNE M. OPIE (NBN: 12623)
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169
3773 Howard Hughes Pkwy., Ste. 400 North
Las Vegas, Nevada 89169

*Counsel for Defendant*
*MortgageIT, Inc. dba MIT Lending*